SARAH J. BURBY, Respondent, *v.* WILLIAM J. ROOME, Appellant.

MOTION for reargument.

*W. Arrowsmith,* for motion.

*Abraham I. Elkus,* opposed.

*Per Curiam.* The motion fails to comply with rule 16 of this court.

Denied, with ten dollars costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, with ten dollars costs.